UNDER SEAL

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Virginia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| **LAURI LOVE** | ) Case No. 1:13-mj-657 |
| a/k/a "nsh", a/k/a "route", a/k/a "peace", a/k/a "shift" | ) |
|  | ) **UNDER SEAL** |
| _Defendant(s)_ | ) |

OCT 24 20..

CL...

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   October 2012 through August 2013   in the county of   Loudoun and elsewhere   in the   Eastern   District of   Virginia and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT JAMES R. MACKIE

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Jay V. Prabhu and Ryan K. Dickey

_Complainant's signature_

James R. Mackie, Special Agent

_Printed name and title_

Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date:   10/24/2013

/s/Thomas Rawles Jones, Jr.

_Judge's signature_

The Honorable T. Rawles Jones, Jr.,
United States Magistrate Judge

_Printed name and title_

City and state:   Alexandria, Virginia