# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ Under Seal

**Judge Assigned:**

**Place of Offense:**

City: Sterling
County: Loudoun

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1-13mj 657
Search Warrant Case No.:

**Criminal No.:**
**New Defendant:** X
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Lauri Love
**Alias(es):** nsh, route, peace, shift
☐ Juvenile  **FBI No.:**
**Address:** United Kingdom
**Employment:**
**Birth Date:**   **SSN:**   **Sex:** Male   **Race:** Caucasian   **Nationality:** United Kingdom
**Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
☐ Interpreter  **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:
☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
☐ Arrest Warrant Pending  ☒ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**
**Address:**   ☐ Retained
**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Jay V. Prabhu and Ryan K. Dickey   **Phone:** (703) 299-3700   **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 371 | Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 10/23/2013   **AUSA Signature:** [signature]   *may be continued on reverse*