UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

OCT 2 4

UNITED STATES OF AMERICA

v.

LAURI LOVE
    also known as "nsh"
    also known as "route"
    also known as "peace"
    also known as "shift"

    Defendant

Criminal No. 1:13-mj-657

**UNDER SEAL**

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the complaint and affidavit in support of the complaint, the arrest warrant, and the motion to seal and accompanying order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the complaint and affidavit in support of the complaint, the arrest warrant, and the motion to seal and this Order be sealed until the defendant is arrested on these or related charges.

/s/Thomas Rawles Jones, Jr.
The Honorable T. Rawles Jones, Jr.
United States Magistrate Judge

Date: October 24, 2013
Alexandria, Virginia