*Indi* (handwritten, top right)

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City: Sterling
- County: Loudoun County

☐ Under Seal
Superseding Indictment: [ ]
Same Defendant: X
Magistrate Judge Case No.: 1:13-mj-657
Search Warrant Case No.: [ ]

**Judge Assigned:** CMH (handwritten)
**Criminal No.:** 1:14-cr-258 (handwritten)
**New Defendant:** [ ]
**Arraignment Date:** [ ]
**R. 20/R. 40 From:** [ ]

## Defendant Information:

- **Defendant Name:** Lauri Love
- **Alias(es):** nsh, route, peace, shift
- ☐ Juvenile  FBI No.: [ ]
- **Address:** United Kingdom
- **Employment:** [ ]
- **Birth Date:** 1984
- **SSN:** N/A
- **Sex:** Male
- **Race:** Caucasian
- **Nationality:** United Kingdom
- **Place of Birth:** [ ]  **Height:** [ ]  **Weight:** [ ]  **Hair:** [ ]  **Eyes:** [ ]  **Scars/Tattoos:** [ ]
- ☐ Interpreter  **Language/Dialect:** [ ]
- **Auto Description:** [ ]

## Location/Status:

- **Arrest Date:** [ ]
- ☐ Already in Federal Custody as of: [ ] in: [ ]
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☒ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** [ ]
- **Address:** [ ]
- **Phone:** [ ]
- ☐ Court Appointed
- ☐ Retained
- ☐ Public Defender
- **Counsel Conflicts:** [ ]
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Ryan K. Dickey
- **Phone:** (703) 299-3700
- **Bar No.:** 74828 (VA)

## Complainant Agency - Address & Phone No. or Person & Title:

Federal Bureau of Investigation

## U.S.C. Citations:

| | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2: | 18 U.S.C. § 1030(a)(5)(A) | Damage to a Protected Computer | 2-7 | Felony |

**Date:** 7/22/2014  **AUSA Signature:** [signature]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 1029(a)(3) | Access Device Fraud | 8 | Felony |
| Set 4: | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 9 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form