JS 45 (01/2008)

<u>REDACTED</u>

<u>Criminal Case Cover Sheet</u>                                                                                                                     <u>U.S. District Court</u>

<u>Place of offense:</u>                        Under Seal: Yes _____ No X      Judge Assigned: <u>Claude M. Hilton</u> ____

City      <u>Sterling</u>_____ Superseding Indictment _X_____      Criminal Number:      <u>1:14-CR-258</u>_____

County/Parish<u>  Loudoun County</u>   Same Defendant <u>X</u>_____ New Defendant _____

                                          Magistrate Judge Case Number      <u>1:13-MJ-658</u>_____ Arraignment Date: _____

                                          Search Warrant Case Number      _____

                                          R 20 / R 40 from District of      _____

                                          Related Case Name and No.:      _____

<u>Defendant Information:</u>

Juvenile -- Yes _____ No    <u>X</u>   FBI # _____

Defendant Name: <u>Lauri Love</u>_____ Alias Name(s) <u>  nsh, route, peace, shift</u>_____

Address: <u>Suffolk, United Kingdom</u>_____

Employment: _____

Birth Date <u>xx/xx/1984</u>  SS# <u>N/A</u>   Sex <u>M</u> Def Race <u>Caucasian</u> Nationality <u>United Kingdom</u>  Place of Birth <u>Burnley, England</u>

Height <u>5'9"</u> Weight _____ Hair <u>Brown-Red</u> Eyes <u>Blue</u>___ Scars/Tattoos _____

Interpreter: ____ No __ Yes List language and/or dialect: _____ Automobile Description _____

<u>Location Status:</u>

Arrest date:          _____

_____ Already in Federal Custody as of          _____ in _____

_____ Already in State Custody          _____ On Pretrial Release      <u>X</u>____ Not in Custody

<u>X</u>____ Arrest Warrant Requested          _____ Fugitive          _____ Summons Requested

_____ Arrest Warrant Pending          X_____ Detention Sought          _____ Bond _____

<u>Defense Counsel Information:</u>

Name: _____          _____ Court Appointed      Counsel conflicted out: _____

Address: _____          _____Retained          _____

_____

Telephone: _____          _____ Public Defender  Federal Public Defender's Office conflicted out: ____

<u>U.S. Attorney Information:</u>

AUSA <u>  Ryan K. Dickey</u>____ Telephone No.:      <u>(703) 299-3700</u>          Bar # _____

<u>Complainant Agency, Address & Phone Number or Person & Title:</u>

_____<u>Federal Bureau of Investigation</u>_____

<u>U.S.C. Citations:</u>

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|-------------------------------|----------|---------------------------|
| Set 1 | <u>18 U.S.C. § 371</u> | <u>Conspiracy</u> | <u>1</u> | <u>Felony</u> |
| Set 2 | <u>18 U.S.C. §§ 1030(a)(5)(A) & 2</u> <u>Damage to a Protected Computer</u> | | <u>2-7</u> | <u>Felony</u> |
| Set 3 | <u>18 U.S.C. §§ 1029(a)(3) & 2</u> <u>Access Device Fraud</u> | | <u>8</u> | <u>Felony</u> |

Date: _____ Signature of AUSA:_____

JS 45 (01/2008) (Reverse)

**District Court Case Number (To be filled by deputy clerk):** _____

**U.S.C. Citations (continued)**

| | Index Key/Code | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 1028A(a)(1) & 2 | Aggravated Identity Theft | 9 | Felony |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |
| Set 28 | | | | |
| Set 29 | | | | |
| Set 30 | | | | |
| Set 31 | | | | |